# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
|   : | **3:13-CR-102** |
| **v.** : | |
|   : | **(JUDGE MANNION)** |
| **CHRISTOPER GAYTON,** : | |
| **Defendant** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Gayton's Motion for Early Termination of Supervised Release under 18 U.S.C. §3583(e)(1), **(Doc. 422)**, is **DENIED**.

2. Gayton's 4-year term of supervised release imposed by this court as part of his sentence, **(Doc. 311)**, shall not be **DISTURBED**.

3. No certificate of appealability will be issued.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: September 22, 2020
13-102-02-ORDER

1